UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHIJIAN YOU,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS,<br><br>    Defendant. | Case No. 24-cv-01658-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiff Zhijian You filed the complaint on March 17, 2024. It appears that the summons and complaint have not yet been served on Defendant. Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed. Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than July 17, 2024 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendant.

**IT IS SO ORDERED.**

Dated: July 10, 2024



Donna M. Ryu
Chief Magistrate Judge